# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **KYRA ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No.: 2:15-cv-924-WKW-SRW |
| | ) | |
| **TRAMENE MAYE, et al** | ) | **UNOPPOSED MOTION** |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO CONTINUE DEADLINES

**COME NOW**, all parties to the above-styled cause, by and through undersigned counsel of record, and respectfully request the Court to extend all deadlines as currently set forth in the Uniform Scheduling Order [Doc. 62]. In support thereof, the parties state as follows:

1. There are currently three motions pending before this Court, a Motion to Dismiss filed by Defendants Vaughn and Maye [Docs. 79 and 80], a subsequent Motion to Stay Discovery also filed by Defendants Vaughn and Maye [Doc. 88], and a Joint Motion for Hearing on the Motion to Stay and for General Discovery Conference [Doc. 90].

2. Despite multiple email exchanges and a phone conference among counsel for all parties, the parties have been unable to agree on going forward with party depositions given the pending motions currently

before the Court.

3. The parties agree that given their inability to agree on party depositions, extending all deadlines in the Uniform Scheduling Order, including the trial date, is warranted.

WHEREFORE, the foregoing premises considered, the parties respectfully request the Court to extend all deadlines set forth in the Uniform Scheduling Order by a period of six months so that the parties may receive guidance from the Court on moving forward with party depositions.

Respectfully submitted, this the 21st day of June, 2021.

/s/Abbey Clarkson
Abbey Clarkson (MAS038)

**THE CLARKSON FIRM**
202 Alabama Avenue
PO Box 681643
Fort Payne, AL 35967
(256) 638.3323

/s/Gregory F. Yaghmai
Gregory Yaghmai (YAG001)

**YAGHMAI LAW, LLC**
2081 Columbiana Rd.
Birmingham, AL 35216
(205) 440-1465

*Attorneys for Plaintiff*

/s/John W. Marsh

John W. Marsh (MAR173)

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
P.O. Box 2148
Montgomery, Al 36102-2148
(334) 387-7680

*Attorney for Defendants Tramene Maye and Rafiq Vaughn*

/s/Dana Bolden Hill
Dana Bolden Hill

**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
31 Inverness Center Parkway; Suite 120
Birmingham, AL 35242
(205) 271-1780

*Attorney for Defendant Montgomery Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid on June 21, 2021.

John W. Marsh
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Al 36102-2148

Gregory F. Yaghmai, Esq.
Yaghmai Law, LLC
2081 Columbiana Road
Birmingham, AL 35216

Dana Hill, Esq.
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116

Montgomery, AL  36101-0116

                                                                         /s/ Abbey Clarkson
                                                                         OF COUNSEL